IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

      v.        Case No. 3:24mw1

ZULFIQAR,
    Material Witness.

### ORDER RESCHEDULING RULE 15 DEPOSITION

This matter has been referred to the undersigned to preside over the deposition of this material witness pursuant to Federal Rule of Criminal Procedure 15. (ECF No. 19.) The deposition shall take place at the Spottswood W. Robinson III and Robert R. Merhige, Jr. Federal Courthouse, 701 E Broad Street, Richmond, Virginia 23219 in Courtroom 6100 on **September 16, 2024, from 1:00 P.M. to 4:00 P.M.**

The United States Marshals Service shall make the material witness and defendants in their custody available on the date and time of this deposition.

The Clerk is directed to file a copy of this Order electronically and to notify counsel for the Government, counsel for the material witness, and counsel for Defendants Muhammad Pahlawan (3:24cr41-1), Mohammad Mazhar (3:24cr41-2), Ghufran Ullah (3:24cr41-3), and Izhar Muhammad (3:24cr41-4).

It is so ORDERED.

                                              /s/ MRC
                                       Mark R. Colombell
                                       United States Magistrate Judge

Richmond, Virginia
Date: April 10, 2024